ACCEPTED
03-14-00737-CV
3783849
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/15/2015 2:20:43 PM
JEFFREY D. KYLE
CLERK

**No. 03-14-00737-cv**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/15/2015 2:20:43 PM
JEFFREY D. KYLE
Clerk

_____

**IN THE THIRD COURT OF APPEALS**

**AUSTIN, TEXAS**

_____

**CHASE CARMEN HUNTER v. ELEANOR KITZMAN IN HER OFFICIAL CAPACITY AS COMMISSIONER OF INSURANCE, JULIA RATHGEBER IN HER OFFICIAL CAPACITY AS COMMISSIONER OF INSURANCE, AND THE TEXAS DEPARTMENT OF INSURANCE**

_____

**RESPONSE TO CLERK'S COMMENTS RECEIVED BY EMAIL ON JANUARY 15, 2015, WHICH STATED WHY THE CLERK REJECTED HUNTER'S PETITION FOR APPEAL ON JANUARY 15, 2015**

_____

**From Cause D-1-GN-13001957 In The 250th District Travis County, Texas, The Honorable John K. Dietz Presiding**

_____

**Chase Carmen Hunter,** *pro se*
**340 S. Lemon Ave. #9039**
**Walnut, CA 91789**
**Telephone: 707-706-3647**
**Facsimile: 703-997-5999**
**Chase_Hunter@yahoo.com**

- 1 -

TO: CLERK OF THIS COURT

I received an email from the Clerk of this Court ("Clerk" on January 15, 2015, that stated: that the filing of my petition for appeal was rejected for these reasons:

"The filing code your document was submitted under was, "Brief Not Requesting Oral Argument" but your document's title states otherwise. Please clarify as to what document is being filed. The certificate of service is not in compliance with the rules of appellate procedure in that it lacks the name and address of each party served. Our records indicate appellees as Eleanor Kitzman, Julia Rathgeber, and Texas Department of Insurance with Ms. Cynthia A. Morales as counsel. Please update your certificate of service and serve the opposing parties. The brief has been received but was not filed as it does not appear to be timely. Appellant is requested to file a motion for extension of time to file appellant's brief. When filing your motion, please include a certificate of conference. See Tex. R. App. P. 10.1(a)(5), 10.5(b), and 38.6(d). The brief and appendix must be combined into one file. See Tex. R. App. P. 9.4(j)(4). Please resubmit your filing on or before January 20, 2015."

This statement above from the Clerk is factually incorrect.

First, the statement above shows that the Clerk wants clarity as as to what document is being filed. However, the Clerk referred to Hunter's document as "the brief" and also "appellant's brief". So it appears that the Clerk understands that Hunter filed her "brief" and "appellant's brief".

The document being field is the "brief" which is also called the "appellant's brief".

Second, the statement above shows that the Clerk believes that the "brief...does not appear to be timely." "Does not appear" does not establish that the "brief" is untimely. It is illogical for the Clerk to "request" that Hunter file a motion for an extension of time to file her appellant's brief based only on the erroneous statement that it "does not appear" to be timely. In addition, the docketing statement, the brief, and the document Hunter filed on January 15, 2015, in response to the Clerk's letter dated January 14, 2015, address the issue of timeliness and they establish that the brief is timely filed.

The issue the Clerk raised regarding jurisdiction (timeliness) in the Clerk's letter to Chase Carmen Hunter dated January 14, 2015, is fully addressed in section VI of the docketing statement (Actions Extending Time To Perfect Appeal) which Hunter filed with this Court in this appeal on December 17, 2014, and in the "Jurisdiction" section of the Petition for Appeal that Hunter filed in this Court in this appeal on January 15, 2015.

Hunter incorporates by reference both her docketing statement and her Petition for Appeal.

WHEREFORE, Hunter enters this response to the Clerk's statement above. Hunter's document filed on January 15, 2015, is her "brief", and it is timely filed.


Respectfully Submitted,

/s/ Chase Carmen Hunter

Chase Carmen Hunter
Appellant, pro se
340 S. Walnut Ave. #9039, Walnut, CA 91789
Tel: 707-706-3647, Fax: 703-997-5999
Email: Chase_Hunter@yahoo.com

## CERTIFICATION

I, Chase Carmen Hunter, swear under penalty of perjury that the foregoing statements are true and correct.

_ceffe_

_____
Chase Carmen Hunter

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Response to Clerk's Challenge To Jurisdiction was served upon the parties shown below as indicated:


Eleanor Kitzman, Julia Rathgeber, and the Texas Department of Insurance
By email on January 15, 2015 at
ChiefClerk@tdi.state.tx.us
Facsimile: 512-490-1064


Cynthia A. Morales
Assistant Attorney General
By Email on January 15, 2015 at
Cynthia.Morales@texasattorneygeneral.gov
Facsimile: (512) 477-2348


_ceffe_

_____
Chase Carmen Hunter